United States District Court
Southern District of Texas

**ENTERED**

August 19, 2016

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE EDUARDO PALMA-QUEZADA | ) | CIVIL ACTION NUMBER |
| | ) | M-14-814 |
| VS. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | M-13-1486-1 |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant Jorge Eduardo Palma-Quezada's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 19 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Movant and counsel for the parties.

DONE on this 16th day of August, 2016, at McAllen, Texas.

Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE